### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Alfred F. Madeam Jr. ak/a Alfredo Fernando Madeam Jr. a/k/a Alfredo Madeam**

        Debtor(s)

**BK NO. 22-01575 MJC**

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Sep 2022, 12:34:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322