In re:
Alfredo F. Madeam, Jr.
    Debtor

Case No. 22-01575-MJC
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 26, 2022 | Form ID: ntcnfhrg | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Alfredo F. Madeam, Jr., 404 Benson Court, East Stroudsburg, PA 18302-9076 |
| 5494759 | + | Edward Hoffman, Jr., Esquire, Estates at Great Bear Community Associat, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5494760 | + | Estates at Great Bear, c/o Edward Hoffman, Jr., Esq, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5491537 | | Estates at Great Bear CA, 1 Rising Meadow Way, East Stroudsburg, PA 18302 |
| 5491541 | + | Hoffman Law, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5491544 | + | Linebarger Goggan Blair & Sampson LLP, 4 Penn Center, Suite 910, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103-2818 |
| 5491549 | | MTA Bridges & Tunnels, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5491546 | + | Martha E Von Rosenstiel, PC, 649 South Avenue, Secane, PA 19018-3541 |
| 5494135 | + | Melissa E. Van Eck, Esquire, Office of Attorney General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 5491553 | + | NYC Dept. of Finance, Parking Violations/Collections, PO Box 3600 Church St Station, New York, NY 10008-3600 |
| 5491552 | | New York Dept: Tax'n & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 5491554 | + | PA Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5491556 | + | Phila. Parking Authority, Parking Collections Dept, PO Box 34987, Philadelphia, PA 19101-4897 |
| 5491558 | + | Port Authority of NY & NJ, 4 World Trade Center, 24th Floor, 150 Greenwich Street, New York, NY 10007-2355 |
| 5491557 | | Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5491559 | | Professional Account Mgt., LLC, PO Box 391, Milwaukee WI 53201-0391 |
| 5491560 | + | St Lukes University Health Network, 801 Ostrum Street, Bethlehem PA 18015-1000 |
| 5491562 | + | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 5491563 | + | Young's Medical Equipment, PO Box 1259, Dept #140418, Oaks, PA 19456-1259 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2022 18:34:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5491533 | | Email/Text: compliancebankruptcy@bylcompanies.com | Sep 26 2022 18:34:00 | BYL Services, LLC, 301 Lacey Street, West Chester, PA 19382 |
| 5491534 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 26 2022 18:34:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 5491536 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2022 18:34:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034-1846 |
| 5491535 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 18:42:21 | Capital One Bank (USA) NA, PO Box 71083, Charlotte NC 28272-1083 |
| 5491538 | | Email/Text: bky_mail@fanniemae.com | Sep 26 2022 18:34:00 | Fannie Mae, 3900 Wisconson Avenue, Washington, DC 20016 |
| 5491539 | + | Email/Text: bky_mail@fanniemae.com | Sep 26 2022 18:34:00 | Federal Nat'l Mortgage Ass'n, 3900 Wisconson Avenue, Washington, DC 20016-2806 |
| 5491540 | | Email/Text: Harris@ebn.phinsolutions.com | Sep 26 2022 18:35:00 | Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

| 5491542 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Sep 26 2022 18:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5491543 | ^ | MEBN | | |
| | | | Sep 26 2022 18:34:15 | KML Law Group, PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5491545 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2022 18:42:15 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5496920 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2022 18:42:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491547 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 26 2022 18:34:00 | MIdland Credit Mgt., Inc., 320 Big Beaver, Troy, MI 48083-1271 |
| 5491550 | | Email/Text: bankruptcynotice@nymcu.org | | |
| | | | Sep 26 2022 18:34:00 | Municipal Credit Union, PO Box 3205, New York, NY 10007-3206 |
| 5496232 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 26 2022 18:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5491548 | + | Email/Text: MKnitter@monroecountypa.gov | | |
| | | | Sep 26 2022 18:34:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 5491551 | + | Email/Text: paula.tilley@nrsagency.com | | |
| | | | Sep 26 2022 18:34:00 | NAPA Pennsylvania, c/o Nationwide Recovery Svc, 545 W Inman Street, Cleveland, TN 37311-1768 |
| 5491555 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 26 2022 18:34:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5493102 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 26 2022 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5491561 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Sep 26 2022 18:34:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022                 Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

J. Zac Christman

on behalf of Debtor 1 Alfredo F. Madeam  Jr. zac@fisherchristman.com, office@fisherchristman.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov
ARC-CourtMiddleDistrict@attorneygeneral.gov

Monroe County Tax Claim Bureau

TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alfredo F. Madeam Jr.,
aka Alfredo Fernando Madeam Jr., aka Alfredo Madeam,

Chapter     13

**Debtor 1**                    Case No.        5:22−bk−01575−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 8, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2022 |

ntcnfhrg (08/21)