In re:                                                     Case No. 22-01575-MJC
Alfredo F. Madeam, Jr.                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Dec 21, 2022               Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

**Recip ID             Recipient Name and Address**
db                +   Alfredo F. Madeam, Jr., 404 Benson Court, East Stroudsburg, PA 18302-9076

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| D Brian Simpson | on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Alfredo F. Madeam Jr. zac@fisherchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Melissa L. Van Eck | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov |

ARC-CourtMiddleDistrict@attorneygeneral.gov

Monroe County Tax Claim Bureau
TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Alfredo F. Madeam, Jr., | : | Case No. 5:22-01575–MJC |
| | : | |
| Debtor. | : | |

**ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE**

The Court having reviewed the Debtor's Chapter 13 Plan, Dkt. # 17, ("Plan") in the above-captioned case, the Objections to Confirmation of the Plan filed on behalf of the Trustee, Internal Revenue Service, Pennsylvania Department of Revenue and Nationstar Mortgage LLC, Dkt. #'s 23, 24, 25 and 26, respectively, ("Objections"), and after a hearing held on December 20, 2022;

**AND**, it appearing that Debtor also has an active joint bankruptcy proceeding docketed to case number 5:18-03062-MJC filed on July 25, 2018; it is hereby

**ORDERED** that the parties may file letter briefs/briefs addressing the propriety of Debtor's dual bankruptcy cases on or before **January 12, 2023**; and it is further

**ORDERED** that Debtor shall **APPEAR** at a hearing scheduled for **Thursday, January 19, 2023 at 10:00 a.m.** in the **United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701**, and show cause as to the propriety of Debtor's dual bankruptcy cases.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 20, 2022