United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-01575-MJC
Alfredo F. Madeam, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 19, 2023     Form ID: pdf010     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfredo F. Madeam, Jr., 404 Benson Court, East Stroudsburg, PA 18302-9076 |
| 5494759 | + | Edward Hoffman, Jr., Esquire, Estates at Great Bear Community Associat, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5494760 | + | Estates at Great Bear, c/o Edward Hoffman, Jr., Esq, P.O. Box 609, Montgomeryville, PA. 18936-0609 |
| 5491537 | | Estates at Great Bear CA, 1 Rising Meadow Way, East Stroudsburg, PA 18302 |
| 5491541 | + | Hoffman Law, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5491544 | + | Linebarger Goggan Blair & Sampson LLP, 4 Penn Center, Suite 910, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103-2852 |
| 5491549 | | MTA Bridges & Tunnels, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5491546 | + | Martha E Von Rosenstiel, PC, 649 South Avenue, Secane, PA 19018-3541 |
| 5494135 | + | Melissa E. Van Eck, Esquire, Office of Attorney General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 5491553 | + | NYC Dept. of Finance, Parking Violations/Collections, PO Box 3600 Church St Station, New York, NY 10008-3600 |
| 5504393 | | Nationstar Mortgage LLC at. el, Attn: Bankruptcy Department, P.O. Box 61, Dallas, TX 75261-9741 |
| 5491554 | + | PA Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5491556 | + | Phila. Parking Authority, Parking Collections Dept, PO Box 34987, Philadelphia, PA 19101-4897 |
| 5491558 | + | Port Authority of NY & NJ, 4 World Trade Center, 24th Floor, 150 Greenwich Street, New York, NY 10007-2355 |
| 5491557 | | Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 5491559 | | Professional Account Mgt., LLC, PO Box 391, Milwaukee WI 53201-0391 |
| 5491560 | + | St Lukes University Health Network, 801 Ostrum Street, Bethlehem PA 18015-1000 |
| 5491562 | + | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 5491563 | + | Young's Medical Equipment, PO Box 1259, Dept #140418, Oaks, PA 19456-1259 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 18:41:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5491533 | | Email/Text: compliancebankruptcy@bylcompanies.com | Jan 19 2023 18:41:00 | BYL Services, LLC, 301 Lacey Street, West Chester, PA 19382 |
| 5491534 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 19 2023 18:41:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 5491536 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 19 2023 18:40:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034-1846 |
| 5491535 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 18:42:44 | Capital One Bank (USA) NA, PO Box 71083, Charlotte NC 28272-1083 |
| 5491538 | | Email/Text: bky_mail@fanniemae.com | Jan 19 2023 18:41:00 | Fannie Mae, 3900 Wisconson Avenue, Washington, DC 20016 |
| 5491539 | + | Email/Text: bky_mail@fanniemae.com | Jan 19 2023 18:41:00 | Federal Nat'l Mortgage Ass'n, 3900 Wisconson Avenue, Washington, DC 20016-2806 |
| 5491540 | | Email/Text: Harris@ebn.phinsolutions.com | Jan 19 2023 18:41:00 | Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5491542 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5491543 | ^ | MEBN | Jan 19 2023 18:40:34 | KML Law Group, PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5491545 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 18:42:47 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5496920 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 18:42:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491547 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2023 18:41:00 | MIdland Credit Mgt., Inc., 320 Big Beaver, Troy, MI 48083-1271 |
| 5504635 | | Email/Text: bankruptcynotice@nymcu.org | Jan 19 2023 18:41:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 5491550 | | Email/Text: bankruptcynotice@nymcu.org | Jan 19 2023 18:41:00 | Municipal Credit Union, PO Box 3205, New York, NY 10007-3206 |
| 5496232 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2023 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5491548 | + | Email/Text: MKnitter@monroecountypa.gov | Jan 19 2023 18:41:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 5491551 | + | Email/Text: paula.tilley@nrsagency.com | Jan 19 2023 18:40:00 | NAPA Pennsylvania, c/o Nationwide Recovery Svc, 545 W Inman Street, Cleveland, TN 37311-1768 |
| 5500524 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 19 2023 18:41:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5491552 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 19 2023 18:41:00 | New York Dept: Tax'n & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 5504538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2023 18:42:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5491555 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 18:41:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5493102 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5491561 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 19 2023 18:41:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

D Brian Simpson
on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov

Denise E. Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

J. Zac Christman
on behalf of Debtor 1 Alfredo F. Madeam Jr. zac@fisherchristman.com, office@fisherchristman.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Melissa L. Van Eck
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov ARC-CourtMiddleDistrict@attorneygeneral.gov

Monroe County Tax Claim Bureau
TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Alfredo F. Madeam, Jr.,** | : | Case No. 5:22-bk-01575-MJC |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING CASE**

Upon consideration of the Order Directing Debtor to Appear and Show Cause entered on December 20, 2022, Dkt. # 30, as to the propriety of the Debtor's dual bankruptcy cases filed to case numbers 5:18-03062-MJC and 5:22-01575-MJC, the briefs filed in response thereto by the Chapter 13 Trustee, the Commonwealth of Pennsylvania Department of Revenue and the Debtor, Dkt. #'s 33, 34 and 37, respectively, and after a hearing held on January 19, 2023, it is hereby

**ORDERED** that the above-captioned case docketed to case number 5:22-01575-MJC is hereby **DISMISSED** for the reasons stated on the record.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 19, 2023